In re SEAY BROS. DUNSON v. S. LOWMAN & CO. (Circuit Court of Appeals, Fifth Circuit. December 14, 1903.) No. 1,146. Appeal from the District Court of the United States for the Northern District of Georgia. John M. Slaton and Benj. Z. Phillips, for appellant. Wm. P. Hill, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The decision in this case has been withheld to await action of the Supreme Court on appeal in Kahn v. Cone Export & Commission Company, 115 Fed. 290, 53 C. C. A. 92, decided by this court March 15, 1902, on appeal from the District Court, whose opinion is found in 111 Fed. 518, and wherein the same question of preference was involved; and, said appeal having been dismissed, we now affirm the decree of the District Court in this case (113 Fed. 969), with costs.

---

SOUTHERN BANK OF STATE OF GEORGIA v. RUCKER, Collector. (Circuit Court of Appeals, Fifth Circuit. October 17, 1903.) No. 1,233. In Error to the Circuit Court of the United States for the Northern District of Georgia. George A. Mercer and M. M. Jackson, for plaintiff in error. E. A. Angier, Geo. L. Bell, and C. D. Camp, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the Circuit Court is affirmed.

---

SULLIVAN v. MILLIKEN. (Circuit Court of Appeals, Fifth Circuit. November 23, 1903.) No. 1,229. In Error to the Circuit Court of the United States for the Northern District of Florida. John H. Jones and Thomas H. Watts, for plaintiff in error. William A. Blount and A. C. Blount, Jr., for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. Since the argument of this case we have carefully examined the record and briefs, and we have come to the conclusion that no reversible error is shown by the record. The judgment of the Circuit Court, therefore, is affirmed.

---

SWEETSER, PEMBROOK & CO. v. ABBOTT. (Circuit Court of Appeals, Eighth Circuit. September 7, 1903.) No. 1,939. Appeal from the District Court of the United States for the Eastern District of Missouri. Nathan Frank, for appellants. M. N. Sale, for appellee. Dismissed, pursuant to the stipulation of the parties, at the costs of appellee.

---

THE TALLAHASSEE. THE SENATOR SULLIVAN. (Circuit Court of Appeals, Second Circuit. November 7, 1903.) Nos. 179, 180. Appeals from the District Court of the United States for the Eastern District of New York. Eugene Carver, for appellant. Herbert Barry, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges. No opinion. Affirmed, on opinion of District Court. 117 Fed. 176.